Robert S. Whitmore
3600 Lime Street, Suite #616
Riverside, CA 92501
Telephone: (951) 276-9292

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL
RIVERSIDE

In re ) Case No. 6:05-25998-MJ
) Chapter 7
ARMANDO BETANCOURT LINARES )
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
Debtor. )
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 108 in the sum of $34,820.79 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: 6-17-10

_____
ROBERT S. WHITMORE
Chapter 7 Trustee

-1-

```
===================================================================
CLAIM NO.      NAME & ADDRESS                    AMOUNT OF      AMOUNT OF
(if any)       OF CLAIMANTS                      ALLOWED CLAIM  DIVIDEND
===================================================================
 #01           USAA GENERAL INDEMNITY COMPANY    129,975.74     34,820.79
               DAVID S BRAJINSKY ESQ
               14011 VENTURA BLVD., #210E
               SHERMAN OAKS, CA 91423



                              TOTALS:       $   129,975.74  $  34,820.79
```

CASE NAME: LINARES, ARMANDO BETANCOURT

CASE NUMBER: 6:05-25998-MJ