ORIGINAL

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

American Property Locators, Inc.
c/o J Armstrong Duffield, Attorney-in-fact
3855 S. Boulevard, Suite 200
Edmond, OK 73013-5499
Tele 405/341-9001, Fax 405/340-5968

FOR COURT USE ONLY

FILED
AUG 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: ARMANDO BETANCOURT LINARES

Debtor.

CASE NUMBER RS 05-25998-MJ

HEARING DATE:

TIME:

PLACE:

# MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 34,820.79 which is the sum of all monies deposited with the court on the following date(s) 6/17/2010 on behalf of the creditor USAA GENERAL INDEMNITY COMPANY on claim number(s) 01

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is ________. The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed J Armstrong Duffield as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

*Revised November 2008* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 3011-1**

| In re ARMANDO BETANCOURT LINARES | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER RS 05-25998-MJ |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

      USAA GENERAL INDEMNITY COMPANY

      ATTN: DAVID GALINDO, USAA LITIGATION MANAGER

      9800 FREDERICKSBURG RD., SAN ANTONIO, TX 78288

      1/800/531-8222 X 85610

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

      USAA GENERAL INDEMNITY COMPANY FILED A CLAIM THROUGH AN ATTORNEY. THE ATTORNEY DID NOT RECEIVE THE MONIES. The whereabouts of Mr. Brajinsky is unknown. USAA is now requesting the monies be paid to them. Their home office is San Antonio, TX.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3* **F 3011-1**

| In re ARMANDO BETANCOURT LINARES | CHAPTER 7 |
| --- | --- |
| Debtor. | CASE NUMBER RS 05-25998-MJ |

(Corporate Seal

if applicable)

*Signature of Creditor/Successor*

USAA GENERAL INDEMNITY COMPANY, DAVID GALINDO
*Type or Print Creditor's/Successor's Name*

9800 FREDERICKSBURG RD. SAN ANTONIO, TX 78288
Creditor's/Successor's Address

STATE OF TEXAS, COUNTY OF BEXAR

On AUGUST 3, 2010 before me, personally appeared *(insert name and title of the signer)* DAVID GALINDO

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

Carmen C. Solis
*Notary Public*

My commission expires on 06-21-2014

NOTARY PUBLIC
STATE OF TEXAS
CARMEN C. SOLIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-21-2014

*Revised November 2008* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **F 3011-1**

In re ARMANDO BETANCOURT LINARES

Debtor.

CHAPTER 7

CASE NUMBER RS 05-25998-MJ

*Signature of Attorney/Attorney-in-Fact (if appointed)*

J Armstrong Duffield

*Type or Print Name*

3855 S. Boulevard, Suite 200

Address

Edmond, OK 73013

STATE OF OKLAHOMA , COUNTY OF OKLAHOMA

On 8-5-2010 before me, personally appeared *(insert name and title of the signer)*

J. ARMSTRONG DUFFIELD, AGENT

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL) NOTARY SEAL PUBLIC
KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752 Expires 04/27/11

*Notary Public*

My commission expires on April 27, 2011

Presented by:

In re ARMANDO BETANCOURT LINARES

Debtor.

CHAPTER 7

CASE NUMBER RS 05-25998-MJ

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 8-5-10, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney CACB
312 North Spring Drive
Los Angeles, CA 90012

United States Trustee CACB
725 South , 26th Floor
Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

ROBERT WHITMORE
3600 LIME ST, STE 611
RIVERSIDE, CA 92501

MARK C. SCHNITZER
PO BOX 1300
RIVERSIDE, CA 92502-1300

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

ARMANDO BETANCOURT LINARES
1520 REMEMBRANCE STREET
PERRIS, CA 92571

ANDREW L. KRZEMUSKI
3807 WILSHIRE BLVD, STE 404
LOS ANGELES, CA 90010

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

USAA GENERAL INDEMNITY COMPANY IS THE
ORIGINAL CLAIMANT.

8-5-10
Date

[signature]
Signature

J Armstrong Duffield
*Type or Print Name*

# LIMITED POWER OF ATTORNEY

USAA GENERAL INDEMNITY COMPANY, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints J Armstrong Duffield, 3855 S. Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically associated with the outstanding tender of funds of USAA GENERAL INDEMNITY COMPANY in the amount of $34,820.79**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 3 day of August, 2010.

**PRINCIPAL:**
USAA GENERAL INDEMNITY COMPANY
By: [signature]
David Galindo, Litigation Manager

PRINCIPAL'S ADDRESS:
USAA
9800 Fredericksburg Rd.,
San Antonio, TX 78288

ACKNOWLEDGMENT

STATE OF Texas )
COUNTY OF Bexar )

Before me, the undersigned a Notary Public, in and for said County and State on this 3 day of August, 2010, personally appeared David Galindo to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Litigation Manager and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: 06-21-2014

Carmen C. Solis
Notary Public

NOTARY PUBLIC
STATE OF TEXAS
CARMEN C. SOLIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-21-2014



**David Galindo**
*Litigation Manager*
*Region Counsel - Central*

9800 Fredericksburg Rd
San Antonio, TX 78288

210-498-5610 / 1-800-531-8222 x85610
Fax: 1-877-660-0223
E-Mail: david.galindo@usaa.com

**Certificate of Authority to Act for**

**USAA GENERAL INDEMNITY COMPANY**

I, the undersigned, Raul DeLaGarza, as Director of Litigation of USAA GENERAL INDEMNITY COMPANY, do hereby certify that David Galindo has the authority to act on behalf of USAA GENERAL INDEMNITY COMPANY in all matters of collections, etc. for USAA GENERAL INDEMNITY COMPANY

IN WITNESS HEREOF, I have hereunto signed my name this 3 day of August, 2010.

USAA GENERAL INDEMNITY COMPANY.

[signature]

Corporate seal

Notary Statement

ACKNOWLEDGMENT

STATE OF Texas )

COUNTY OF Bexar )

Before me, the undersigned a Notary Public, in and for said County and State on this 3 day of August, 2010, personally appeared Raul De La Garza to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Director of Litigation and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: 06-21-2014

Notary Carmen C. Solis

Case 6:05-bk-25998-MJ Doc 53 Filed 06/17/10 Entered 06/17/10 12:14:47 Desc Main Document Page 1 of 2

Robert S. Whitmore
3600 Lime Street, Suite #616
Riverside, CA 92501
Telephone: (951) 276-9292

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL
RIVERSIDE

In re

ARMANDO BETANCOURT LINARES

Debtor.

Case No. 6:05-25998-MJ
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS 3011**

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No.108 in the sum of $34,820.79 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: 6-17-10

ROBERT S. WHITMORE
Chapter 7 Trustee

| CLAIM NO. (if any) | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| #01 | USAA GENERAL INDEMNITY COMPANY<br>DAVID S BRAJINSKY ESQ<br>14011 VENTURA BLVD., #210E<br>SHERMAN OAKS, CA 91423 | 129,975.74 | 34,820.79 |
| | **TOTALS:** | **$ 129,975.74** | **$ 34,820.79** |

CASE NAME: LINARES, ARMANDO BETANCOURT

CASE NUMBER: 6:05-25998-MJ